In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00341-CV
_____

BRIAN W. JUSTICE, Appellant

V.

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE REGISTERED HOLDERS OF BEAR STEARNS ASSET
BACKED SECURITIES I TRUST 2007-AC2, ASSET-BACKED
CERTIFICATES, SERIES 2007-AC2, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 19-31516

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss this appeal. This motion is
voluntarily made by the parties prior to any decision of this Court. *See* Tex. R. App.
P. 42.1(a)(2). No other party filed a notice of appeal. We grant the motion and
dismiss the appeal.

1

APPEAL DISMISSED.


PER CURIAM

Submitted on February 5, 2020
Opinion Delivered February 6, 2020

Before McKeithen, C.J., Kreger and Johnson, JJ.